**DEREK SMITH LAW GROUP, PLLC**
ALEXANDER G. CABECEIRAS, ESQ.
One Penn Plaza, Suite 4905
New York, New York 10119
Phone: (212) 587-0760
Fax: (212) 587-4169
*alexc@dereksmithlaw.com*
*APPEARANCE PRO HACE VICE*
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---------------------------------------------------------X

| | |
|---|---|
| Airton Amorim De Almeida, | Civil Case No: 3:20-cv-4735(RS) |
| Plaintiff, | |
| -against- | **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE PURSUANT TO LOCAL RULE 6-2** |
| | Judge: Hon. Richard Seeborg |
| Western Digital Corporation, *et al.* | |
| Defendants. | |

---------------------------------------------------------X

STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE 1

Defendant WESTERN DIGITAL CORPORATION, Defendant WESTERN DIGITAL DO BRASIL COMERCIO E DISTRIBUICAO DE PRODUTOS DE INFORMATICA LTDA., and Plaintiff AIRTON AMORIM DE ALMEIDA ("Plaintiff," and, with Defendants, the "Parties") by and through their respective counsel of record, hereby stipulate as follows pursuant to Local Rule 6-2:

**WHEREAS**, Defendant WESTERN DIGITAL CORPORATION and Defendant WESTERN DIGITAL DO BRASIL COMERCIO E DISTRIBUICAO DE PRODUTOS DE INFORMATICA LTDA filed a consolidated motion to dismiss Plaintiff's First Amended Complaint on April 30, 2021 (Dkt. Nos. 40);

**WHEREAS**, Plaintiff's opposition to Defendants' motions to dismiss is due on May 14, 2021 (Dkt. Nos. 40; Local Rule 7-3(a));

**WHEREAS**, Defendants' deadline to file replies in support of their motions to dismiss is May 21, 2021 (Local Rule 7-3(c));

**WHEREAS,** Parties agree that Plaintiff shall be entitled to a short, week extension to oppose the pending consolidated motion to dismiss, to May 21, 2021;

**WHEREAS,** Parties agree that Defendants' reply to Plaintiff's opposition shall be due on June 4, 2021;

**WHEREAS**, the requested extension will not affect the noticed June 10, 2021 hearing date on Defendants' motions to dismiss;

**WHEREAS,** the Parties have previously requested extensions of time for Defendants to response to Plaintiff's complaints (Dkt. Nos. 22, 37);

STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE
2

**WHEREAS,** the reason for the extension is Plaintiff's counsel will be traveling out-of-state during the week to attend an immediate family member's pinning ceremony; and because Plaintiff's counsel is receiving medical treatment that will likely leave Plaintiff's counsel incapacitated for 24 hours.

**WHEREAS,** the Court currently has Ordered an Initial Case Management Conference for June 3, 2021 (Dkt. No. 27).

**WHEREAS,** in light of the above stipulation, the Parties agree a new date for an Initial Case Management Conference should be ordered, if the Court is inclined to do so.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel, that Plaintiff's deadline to file opposition papers to Defendants' motion to dismiss shall be extended as follows:

    Current deadline: May 14, 2021;

    Proposed new deadline: May 21, 2021;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel, that Defendants' deadline to file replies in support of their motion to dismiss shall be extended as follows:

    Current deadline: May 21, 2021

    Proposed new deadline: June 4, 2021.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel, that the Initial Case Management Conference shall be moved as follows:

    Current Date: June 3, 2021

    New Date: August 5, 2021

STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE 3

| | | |
|---|---|---|
| 1 | Date: May 5, 2021 | **DEREK SMITH LAW GROUP, PLLC** |
| 2 | | |
| 3 | | _/s/ Alexander G. Cabeceiras_ |
| 4 | | Alexanader G. Cabeceiras, Esq. |
| 5 | Date: May 5, 2021 | **MILLER AND CHEVALIER CHARTERED** |
| 6 | | |
| 7 | | _/s/ Laura G. Ferguson_ |
| 8 | | Laura G. Ferguson, Esq. |
| 9 | Date: May 5, 2021 | **OGLETREE DEAKINS NASH, SMOAK & STEWART, P.C.** |

 /s/ Carolyn Ann Knox
 Carolyn Ann Knox, Esq.

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE 4

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: May 5, 2021

_____
The Hon. Richard Seeborg
Chief United States District Judge